| | |
|---|---|
| 1 | MARTIN H. MYERS (Bar No. 130218) |
| 2 | GRETCHEN HOFF VARNER (Bar No. 284980) |
|   | COVINGTON & BURLING LLP |
| 3 | One Front Street, 35th Floor |
|   | San Francisco, California 94111-5356 |
| 4 | Telephone: + 1 (415) 591-6000 |
|   | Facsimile: + 1 (415) 591-6091 |
| 5 | Email: *mmyers@cov.com; ghoffvarner@cov.com* |
| 6 | |
|   | NICHOLAS M. LAMPROS (Bar No. 29918) |
| 7 | COVINGTON & BURLING LLP |
|   | 1999 Avenue of the Stars, Suite 1500 |
| 8 | Los Angeles, California 90067-6045 |
|   | Telephone: + 1 (424) 332-4755 |
| 9 | Facsimile: +1 (424) 332-4749 |
|   | Email: *nlampros@cov.com* |
| 10 | |
| 11 | Attorneys for Defendant |
|   | *LAGORIO BROTHERS, INC.* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PEERLESS INSURANCE COMPANY, a New Hampshire corporation, and AMERICAN FIRE AND CASUALTY COMPANY, a New Hampshire corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LAGORIO BROTHERS, INC., a California corporation,<br><br>　　　　Defendant. | Civil Case No.: 2:17-CV-00762-KJM-CKD<br><br>**JOINT STIPULATION TO: (1) CONTINUE HEARING DATE ON DEFENDANT LAGORIO BROTHERS, INC.'S MOTION TO DISMISS OR STAY; (2) CONTINUE SCHEDULING CONFERENCE; AND (3) EXTEND LAGORIO BROTHERS, INC.'S DEADLINE TO RESPOND TO DISCOVERY; ORDER**<br><br>CURRENT DATE: August 25, 2017<br>PROPOSED DATE: October 6, 2017<br>TIME: 10:00 a.m.<br>COURT: Courtroom 3, 15th Floor<br>JUDGE: Hon. Kimberly J. Mueller<br><br>*Complaint filed April 11, 2017* |

Plaintiff Peerless Insurance Company ("Peerless"), Plaintiff American Fire and Casualty Company ("American Fire"), and Defendant Lagorio Brothers, Inc. ("LBI"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, LBI filed a Motion to Dismiss, or in the Alternative, Stay this action (the "Motion") on June 16, 2017 (Doc. 7), and,

WHEREAS, Peerless and American Fire filed an Opposition to LBI's Motion on June 30, 2017 (Doc. 10) and LBI filed a Reply in support of its Motion on July 7, 2017 (Doc. 13), and

WHEREAS, the Court has scheduled a hearing on LBI's Motion for 10:00 a.m. on August 25, 2017 (Doc. 15), and

WHEREAS, the Court has also scheduled the Scheduling Conference in this action for 10:00 a.m. on August 25, 2017 (Doc. 15), and

WHEREAS, on July 7, 2017, Peerless and American Fire served Interrogatories Propounded to Lagorio Brothers, Inc., Set No. One, Requests for Admission Propounded to Lagorio Brothers, Inc., Set No. One, and Requests for Production of Documents Propounded to Lagorio Brothers, Inc., Set No. One (collectively, the "Discovery Requests"), and

WHEREAS, good cause exists to continue the August 25, 2017 hearing date and the deadlines to respond to the Discovery Requests because the parties intend to engage in early private mediation which, if successful, would obviate the need for further proceedings in this case, and

WHEREAS the parties have scheduled such mediation to take place in San Francisco, California on September 25, 2017 before Arnold Levinson, Esq., and

WHEREAS, the parties have conferred and determined that, if such efforts are unsuccessful and a hearing on LBI's Motion and a Scheduling Conference should prove necessary, all parties are available to attend a hearing set for October 6, 2017,

IT IS THEREFORE HEREBY STIPULATED that the hearing on LBI's Motion and the Scheduling Conference in this case shall be continued from August 25, 2017, to October 6, 2017, or such other time as the Court shall order, and

IT IS THEREFORE HEREBY FURTHER STIPULATED, that any responses and/or objections by LBI to Peerless' and American Fire's Discovery Requests shall be timely if served by LBI not later than October 16, 2017.

Respectfully submitted,

Dated: August 4, 2017  **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: /s/Jennifer Hoffman (as authorized August 4, 2017)
  FRANK FALZETTA
  JENNIFER HOFFMAN
*Attorneys for Plaintiffs PEERLESS INSURANCE COMPANY and AMERICAN FIRE AND CASUALTY COMPANY.*

Dated: August 4, 2017  **COVINGTON & BURLING LLP**

By: /s/Nicholas Lampros
  MARTIN H. MYERS
  GRETCHEN HOFF VARNER
  NICHOLAS LAMPROS
*Attorneys for Defendant LAGORIO BROTHERS, INC.*

ORDER

Good cause appearing and the parties hereto having so stipulated, the hearing on Lagorio Brothers, Inc.'s Motion to Dismiss or, in the Alternative, Stay (Doc. 7) and the Scheduling Conference is continued from August 25, 2017 to October 6, 2017 at 10:00 a.m. in Courtroom 3, 15th Floor before the Honorable Kimberly J. Mueller.  Pursuant to Local Rule 144, Lagorio Brothers, Inc.'s deadline to serve responses and/or objections to the Interrogatories Propounded to Lagorio Brothers, Inc., Set No. One, Requests for Admission Propounded to Lagorio Brothers, Inc., Set No. One, and Requests for Production of Documents Propounded to Lagorio Brothers, Inc., Set No. One served by Peerless Insurance Company and American Fire and Casualty Company on July 7, 2017 is extended up to and including October 16, 2017.

IT IS SO ORDERED.

Dated:  August 8, 2017

_____
UNITED STATES DISTRICT JUDGE